B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Middle District of Florida, Tampa Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**E-Brands Restaurants, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA E-Brands Acquisition, LLC; DBA Canonita Express** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**16-1628658** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7680 Universal Blvd.**<br>**Suite 195**<br>**Orlando, FL**           ZIP Code **32819** | Street Address of Joint Debtor (No. and Street, City, and State):           ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):           ZIP Code | Mailing Address of Joint Debtor (if different from street address):           ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9            of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13          of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) — Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**E-Brands Restaurants, LLC** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**See attached** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | E-Brands Restaurants, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  *[signed]* Richard C. Prosser
Signature of Attorney for Debtor(s)

**Richard C. Prosser, Bar No. 354831**
Printed Name of Attorney for Debtor(s)

**Stichter, Riedel, Blain & Prosser, P.A.**
Firm Name

**110 E. Madison St.
Suite 200
Tampa, FL 33602**
Address

**(813) 229-0144  Fax: (813) 229-1811**
Telephone Number

July 28, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signed]*
Signature of Authorized Individual
**Charles E. Robinson**
Printed Name of Authorized Individual
**President and Chief Manager**
Title of Authorized Individual

July 28, 2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re   **E-Brands Restaurants, LLC**                                    Case No.
                              Debtor(s)

# FORM 1. VOLUNTARY PETITION

## Related Debtors

AQUAKNOX, LLC
TIMPANO ACQUISITION, LLC
TIMPANO OF MARYLAND, LLC
SAMBA ROOM ACQUISITION, LLC
STAR CONCEPTS ACQUISITION, LLC
DBEB, LLC

Access Trans & Limousine Service
15012 Spinnaker Cove Lane
Winter Garden, FL 34787

Al Dentes' Provisions
6960 W. Warm Springs Rd
Suite 130
Las Vegas, NV 89113

Atrium Tower Place, LLC
P.O. Box 1283
Lake Wales, FL 33859

Bank of America, N.A.
c/o Juan Gonzalez, Esq.
44 W. Flagler St., 25th Floor
Miami, FL 33130

Bennet Thrasher PC
3625 Cumberland Blvd., #1000
Atlanta, GA 30339

Brinks Incorporated
P.O. Box 101031
Atlanta, GA 30392-1031

Budget Rent A Car System, Inc.
14297 Collections Center Drive
Chicago, IL 60693

Carlson Restaurants Worldwide
701 Carlson Parkway
Minnetonka, MN 55305

CDW Direct, LLC
200 N Milwaukee Ave
Vernon Hills, IL 60061

Cintas First Aid & Safety
730 Valle Verde Drive
Henderson, NV 89014

Comedy Works, Inc.
c/o Lance . Shurtleff, Esq.
1125 Seventeenth St., #600
Denver, CO 80202

Common Sense Office Furniture
820 W Washington St
Orlando, FL 32805

Comptroller of Public Accounts
P.O. Box 149359
Austin, TX 78714

Coors of Las Vegas
1849 W. Cheyenne Ave.
North Las Vegas, NV 89032

Creative Bureau
2109 NW Irving St.
Unit 110
Portland, OR 97210

Daydots
24198 Network Place
Chicago, IL 60673-1241

DB Global, LLC
c/o William Charron, Esq.
7 Times Square
New York, NY 10036

DB Global, LLC
c/o C. Keith Rooker, Esq.
2360 Corporate Circle, #280
Henderson, NV 89074

Denver Westword, LLC
PO Box 5970
Denver, CO 80217

Desert Meats & Provisions
5420 S. Valley View Blvd.
Las Vegas, NV 89119

Dimock Stratton LLP
20 Queen St. West
32nd Floor, Box 102
Toronto, ON M5H 3R3
CANADA,

Dining Out Magazine
3917 West 32nd Avenue, Unit 1
Denver, CO 80212

Double Eagle Partners
Attn: Scott Hoch
129 W. Belle St.
Henderson, NC 27536

Dufour, William PA
3301 Northland Drive, Suite 213
Austin, TX 78731

Kevin Enderle
c/o Brown, Garganese, et al.
111 N. Orange Ave., #2000
Orlando, FL 32801

Entertainment Publications LLC
P.O. Box 7067
Troy, MI 48007-7067

Fann Emblem & Embroidery Co., Inc.
1330 W Central Blvd
Orlando, FL 32805

Fishbowl Inc.
Dept AT 952733
Atlanta, GA 31192-2733

Flagstaff Investors, Ltd.
c/o Jose Barcelo CPS #1762
P.O. Box 149020
Miami, FL 33114

Gazette, The
A Gazette Publication
PO Box 17306
Baltimore, MD 21297-0523

General Electric Capital Business
  Asset Funding Corp. of Connecticut
8377 E. Hartford Dr., #200
Scottsdale, AZ 85255

General Electric Capital Corp.
c/o Susan G. Boswell, Esq.
One S. Church Ave., #1700
Tucson, AZ 85701

General Electric Capital Corporation
8377 E. Hartford Dr., #200
Scottsdale, AZ 85255

General Growth Properties, Inc.
110 N. Wacker Dr.
Chicago, IL 60606

Gill Group, Inc.
2128 Espey Court
Crofton, MD 21114

Global Marketing
2295 Hiawassee Rd, Ste 207
Orlando, FL 32835

Grand Canal Shops II, LLC
3377 Las Vegas Blvd. S., #2600
Las Vegas, NV 89109

Griffin Productions, Inc.
PO Box 1314
Indian Rocks Beach, FL 33785

Helm & Associates Inc
PO Box 130
Helmsburg, IN 47435

Hospitality Careers Online Inc
C/O Comerica Bank
PO Box 673682
Detroit, MI 48267-3682

HotSchedules
6504 Bridge Point Parkway
Suite 425
Austin, TX 78730

I-Tech
420 South Orange Ave.
Suite 120
Orlando, FL 32801

Ice Princess HVAC & Mechanical, LLC
284-C E. Lake Mead Pkwy
Ste. 121
Henderson, NV 89015

Ideacom Solutions Group
3025 E. South St.
Orlando, FL 32803

Impact Properties II, LLC
3001 N. Rocky Point Dr. E. #390
Tampa, FL 33607

Impact Properties II, LLC
c/o Mark Wall, Esq.
101 E. Kennedy Blvd., #3700
Tampa, FL 33602

Integrated Business Group
165 Montgomery Rd
Altamonte Springs, FL 32714

Iron Mountain Records Management
P.O. Box 27128
New York, NY 10087-7128

Key Equipment Finance, Inc.
Assignee of AEL Financial, LLC
1000 S. Maccaslin Blvd.
Louisville, CO 80027

Krystal Klean of Nevada
3296 Meade Ave.
Las Vegas, NV 89104

L.A. Specialty Produce Co., Inc.
PO Box 2293
Santa Fe Springs, CA 90670

MenuPalace.com
211 Consumers Rd Ste 306
Toronto, Ontario M2J 4G8,

Mission Industries
1 West Mayflower Avenue
N. Las Vegas, NV 89030

Monster, Inc
PO Box 90364
Chicago, IL 60696-0364

Morris Visitor Publications LLC
PO Box 1584
Augusta, GA 30903

NAOffice Solutions
6314 Kingspointe Pkwy., #7
Orlando, FL 32819

Nevada Beverage Co.
3940 W. Tropicana
Las Vegas, NV 89103

Nevada Department of Taxation
PO Box 52609
Phoenix, AZ 85072-2609

Orlando Convention Aid
PO Box 691495
Orlando, FL 32869-0866

Orlando/Orange County CVB
6700 Forum Drive, #100
Orlando, FL 32821-8017

| | | |
|---|---|---|
| David Pearl<br>c/o Bruce Blackwell, Esq.<br>P.O. Box 1631<br>Orlando, FL 32802 | David Pearl<br>312 Hazeltine Drive<br>DeBary, FL 32713 | Pepsi Cola<br>P.O. Box 75948<br>Chicago, IL 60675 |
| Pitney Bowes Credit Corp.<br>P.O. Box 856460<br>Louisville, KY 40285 | Pitney Bowes Purchase Power<br>PO Box 856042<br>Louisville, KY 40285-6042 | PWG Publishing, LLC<br>55 Skyline Drive<br>Suite 2700<br>Lake Mary, FL 32746 |
| Remote Link<br>2280 White Oak Circle<br>Aurora, IL 60502 | Renaissance Restaurants, Inc.<br>c/o John T. Walker<br>1040 Arbor Rd.<br>Winston Salem, NC 27104 | Renaissance Restaurants, Inc.<br>c/o R. Lee Bennett, Esq.<br>301 E. Pine St., #1400<br>Orlando, FL 32801 |
| Sard & Leff, LLC<br>100 Galleria Parkway<br>Suite 400<br>Atlanta, GA 30339 | Sign A Rama<br>4380 L.B. McLeod<br>Orlando, FL 32811 | Joe Silva<br>2158 Eaglecloud Dr<br>Henderson, NV 89074-1596 |
| Software & Information Industry Assoc.<br>c/o William M. Stevens, Esq.<br>131 S. Dearborn St., 30th Floor<br>Chicago, IL 60603 | Southern Wine & Spirits<br>PO Box 76639<br>Tampa, FL 33675-1639 | Steritech Group, Inc.<br>P.O. Box 472127<br>Charlotte, NC 28247-2127 |
| Sysco Food Services<br>P.O. Box 93537<br>Las Vegas, NV 89193 | Tortillas Incorporated<br>2912 Commerce St<br>N Las Vegas, NV 89030 | Travelhost Ft Lauderdale<br>831 NE 20th Avenue<br>Ft Lauderdale, FL 33304 |
| Travelhost of Orlando<br>7450 Sandlake Commons Blvd<br>Orlando, FL 32819 | Triangle Reprographics<br>850 S. Hughey Avenue<br>Orlando, FL 32801 | U Turn Productions Inc<br>2473 John Young Parkway<br>Orlando, FL 32804 |
| United Parcel Service<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 | Venetian Casino-Hotel<br>3355 Las Vegas Blvd. S.<br>Las Vegas, NV 89109 | Visit Denver<br>PO Box 17731<br>Denver, CO 80217-0731 |
| John T. Walker<br>1040 Arbor Rd.<br>Winston Salem, NC 27104 | Wells Fargo Financial Leasing<br>365 W. Passaic St.<br>Rochelle Park, NJ 07662 | Yuppify LLC<br>814 Agnes Drive<br>Altamonte Springs, FL 32701 |
| Zephyrhills Natural Spring Water<br>P.O. Box 856680<br>Louisville, KY 40285 | | |