UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Chapter 11

E-BRANDS RESTAURANTS, LLC, Case No. 8:10-bk-18282-KRM
et al.,

(Jointly Administered Under
Debtors. Case No. 8:10-bk-18282-KRM)
_____/

## DEBTORS' CHAPTER 11 JOINT CASE MANAGEMENT SUMMARY

Debtors, E-Brands Restaurants, LLC ("**E-Brands**"), Timpano of Maryland, LLC ("**Timpano Maryland**"), Timpano Acquisition, LLC ("**Timpano Acquisition**"), Samba Room Acquisition, LLC ("**Samba Acquisition**"), Aquaknox, LLC ("**Aquaknox**"), Star Concepts Acquisition, LLC ("**Star Acquisition**") and DBEB, LLC ("**DBEB**") (collectively, "**Debtors**")[1], by and through their undersigned counsel, pursuant to Administrative Order FLMB-2009-1, hereby file their Chapter 11 Case Management Summary.

### I. INTRODUCTION

The Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on July 30, 2010 ("**Petition Date**").

---

[1] E-Brands Restaurants, LLC f/k/a E-Brands Acquisition, LLC, d/b/a Canonita Express; Timpano of Maryland, LLC d/b/a Timpano Italian Chophouse & Martini Bar, d/b/a Timpano Italian Chophouse, d/b/a Timpano Chophouse; Timpano Acquisition, LLC d/b/a Timpano Italian Chophouse & Martini Bar, d/b/a Timpano Italian Chophouse, d/b/a Timpano Chophouse; Samba Room Acquisition, LLC d/b/a Timpano Italian Chophouse & Martini Bar, d/b/a Timpano Italian Chophouse, d/b/a Timpano Chophouse, f/d/b/a Samba Room, d/b/a Samba Room; Aquaknox, LLC f/k/a Aquaknox Atlanta, LLC, d/b/a Aquaknox Global Water Cuisine, d/b/a Aquaknox; Star Concepts Acquisition, LLC d/b/a Aquaknox Global Water Cuisine, d/b/a Aquaknox, d/b/a Taqueria Canonita; DBEB, LLC d/b/a Timpano Tavern, f/d/b/a David Burke Restaurant.

## II. CASE MANAGEMENT ITEMS

### A. Description of the Debtors' Business

In 2003, E-Brands (formerly E-Brands Acquisition, LLC) purchased twelve (12) restaurants from Carlson Restaurants Worldwide ("**Carlson**"). Carlson is the parent company of T.G.I. Friday's and Pick-Up Stix Restaurants. The twelve restaurants were located in Dallas and Houston, Texas; Las Vegas, Nevada; Orlando, Ft. Lauderdale and Tampa, Florida; Naperville, Illinois; Denver, Colorado and Rockville, Maryland. Following the acquisition, E-Brands expanded (i) in Orlando, Florida by opening Salsa in the Florida Mall; (ii) in Las Vegas by opening Canonita Express and the David Burke Restaurant in The Venetian Resort Hotel Casino; (iii) its Aquaknox brand by opening one restaurant in Atlanta at the Terminus Building and one restaurant in Tampa at the Westin Hotel on Causeway Boulevard. After certain divestitures and closings, E-Brands currently owns and operates the following restaurants:

| DEBTOR | RESTAURANT | LOCATION |
|---|---|---|
| E-Brands | Canonita Express | Las Vegas, NV (The Venetian Resort Food Court) |
| Timpano Maryland | Timpano Italian Chophouse & Martini Bar | Rockville, MD |
| Timpano Acquisition | Timpano Italian Chophouse & Martini Bar | Orlando, FL (Sand Lake Road) |
| | Timpano Italian Chophouse & Martini Bar | Ft. Lauderdale, FL (450 Las Olas Blvd.) |
| Samba Acquisition | Timpano Italian Chophouse & Martini Bar | Tampa, FL (Old Hyde Park) |
| | Samba Room | Orlando, FL (Sand Lake Road) |
| | Samba Room | Ft. Lauderdale, FL (350 Las Olas Blvd.) |
| | Samba Room | Denver, CO (This restaurant will remain closed for approximately eight weeks while it undergoes renovations.) |
| Aquaknox | Aquaknox Global Water Cuisine | Tampa, FL (The Westin on Courtney Campbell Causeway) |
| Star Acquisition | Aquaknox Global Water Cuisine | Las Vegas, NV (The Venetian Resort and Hotel Casino) |
| | Taqueria Canonita | Las Vegas, NV (Grand Canal Shops at the Venetian Resort Hotel Casino) |
| DBEB | Timpano Tavern (formerly the David Burke Restaurant) | Las Vegas, NV (The Grand Canal Shops at the Venetian Resort Hotel Casino) |

### B. The Restaurants' Concepts

The Timpano concept is an upscale restaurant offering char-grilled large cut steaks, bone-in chops and fresh pasta. The Aquaknox theme is also upscale highlighted by a water encased walk-in wine tower and a state of the art open kitchen. Aquaknox is known for its culinary excellence in global seafood which is flown in daily. Samba Room presents a menu of award-winning Latin cuisine, grilled meats and fresh seafood. Taqueria Canonita is a concept based on the authentic market place taquerias of Mexico in a casual setting offering a wide variety of tacos, quesadillas made with grilled and fire roasted meats, vegetables and seafood. Canonita Express is located in the food court of the Venetian Resort Hotel Casino. Its menu is similar to Taqueria Canonita, but caters to walk-up clientele desiring authentic Mexican food without having to wait for a table.

### C. Location of Debtors' Operations and Whether Leased or Owned

The various locations for the restaurants are leased. Samba Acquisition owns the building where Samba Orlando is located and leases the land. Timpano Acquisition, LLC owns the building where Timpano Orlando is located and leases the land. Timpano of Maryland, LLC owns the building where Timpano Rockville is located and leases the land. The locations of the leased land or premises are summarized below:

| RESTAURANT | ADDRESS |
|---|---|
| Canonita Express | 3355 Las Vegas Blvd. Las Vegas, NV |
| Timpano Maryland | 12021 Rockville Pike Road Rockville, MD |
| Timpano Orlando | 7488 West Sand Lake Road Orlando, FL |
| Timpano Ft. Lauderdale | 450 Las Olas Blvd. Ft. Lauderdale, FL |
| Timpano Tampa | 1610 West Swann Avenue Tampa, FL |
| Samba Room Orlando | 7468 West Sand Lake Road Orlando, FL |
| Samba Room Ft. Lauderdale | 350 Las Olas Blvd. Ft. Lauderdale, FL |
| Samba Room Denver | 1460 Larimer Street Denver, CO |
| Aquaknox Tampa | 7627 Courtney Campbell Causeway Tampa, FL |
| Aquaknox Las Vegas | 3355 Las Vegas Blvd. South Las Vegas, NV |
| Taqueria Canonita | 3377 Las Vegas Blvd. South Las Vegas, NV |
| Timpano Tavern | 3355 Las Vegas Blvd. South Las Vegas, NV |

E-Brands maintains an office at 7680 Universal Blvd., Suite 195, Orlando, FL.

### D. Reasons for Filing Chapter 11

The Debtors have been severely affected by the U.S. macro economy which has resulted in a transient decline in its earnings and cash flow. A comparison of consolidated EBITDA for 2008 and 2009 demonstrates the decline.

|  | 2008 | % OF SALES | 2009 | % OF SALES |
|---|---|---|---|---|
| Net Sales* | $56,674,092 | 100 | $43,772,907 | 100 |
| EBITDA* | $ 3,400,700 | 6.0 | $ 932,988 | 2.1 |

*per audited financial statements

Simply put, the Debtors seek to restructure GE's and BofA's debt (as defined below) and to deleverage their consolidated balance sheet.

### E. List of Officers and Directors

E-Brands executive team is comprised of Rashid Choufani (Chief Executive Officer), Charles E. Robinson (President/Chief Operating Officer), and Warren Wooley (Chief Financial Officer).

### F. Debtors' Annual Gross Revenues

As mentioned above, the Debtors' consolidated net sales for the year ending 2009 totaled approximately $43,772,907.

### G. Amounts Owed to Various Classes of Creditors

General Electric Capital Corp. and General Electric Capital Business Asset Funding Corp. of Connecticut, as assignee of General Electric Franchise Finance Corporation (collectively "**GE**") and Bank of America ("**BofA**") are the principal secured creditors. GE is owed approximately $12,500,000. The Debtors' obligations to GE are summarized below:

| Debtor/Primary Obligor | Lender/Current Assignee | Current Balance | Collateral |
|---|---|---|---|
| Samba Acquisition | GECBAFC | $281,172 | Samba Orlando land lease |
| Samba Acquisition | GECBAFC | $330,790 | Samba Orlando equipment |
| Timpano Acquisition | GECBAFC | $281,172 | Timpano Orlando land lease |
| Timpano Acquisition | GECBAFC | $330,790 | Timpano Orlando equipment |
| Timpano Maryland; Timpano Acquisition; Samba Acquisition; Aquaknox; Star Acquisition | GE Capital | $3,062,495 | Equipment, Inventory, accounts, etc. Acquisition Refinance |
| E-Brands; Timpano Maryland; Timpano Acquisition; Samba Acquisition; Aquaknox | GE Capital | $6,582,233 | Equipment, Inventory, accounts, etc. Development LOC |
| Aquaknox | GE Capital | $1,604,576 | Tampa Equipment (need description) |
| **Total** | | **$12,473,228.00** | |

BofA is owed approximately $1,500,000. The Debtors estimate that potential tax priority claims total $560,000. At this time, the Debtors' estimate of the total amount of unsecured claims is $3,200,000.

### H. General Description and Approximate Value of the Debtors' Current and Fixed Assets

The Debtors' current and fixed assets on a consolidated basis consist primarily of cash, intercompany receivables, goodwill, furniture, fixtures and equipment which have a consolidated balance sheet value of approximately $9,100,000.

### I. Number of Employees and Amount of Wages Owed as of the Petition Date

As of the Petition Date, the Debtors employed 700 employees (collectively "**Employees**"). The Debtors employ both salaried and hourly Employees. As of the Petition Date, the Employees were owed, or had accrued in their favor, various sums for wages, salaries, employee benefits, and unreimburseable business expenses for the payroll period of July 6, 2010 through July 19, 2010, payment of which normally would occur on July 28, 2010 in the approximate amount of $600,000. The Debtors pay their Employees one week in arrears. The Debtors use an outside payroll service for payment of their wage obligations.

### J. Status of Payroll and Sales Tax Obligations

The Debtors are current on their sales tax obligations. The amounts owed for payroll taxes are discussed above.

### K. Anticipated Emergency Relief Within 14 Days of Petition Date

The Debtors anticipate filing, or have filed, the following motions requesting emergency or *ex parte* relief within fourteen (14) days of the Petition Date:

1. Emergency Motion for Order Directing Joint Administration of Chapter 11 Cases pursuant to Bankruptcy Rule 1015(b);

2. Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Use Cash Collateral of Existing Secured Lenders and Providing Related Adequate Protection and (B) Prescribing Form and Manner of Notice and Setting the Time for the Final Hearing;

3.  Emergency Motion for Authorization to Pay Prepetition Wages, Salaries and other employee benefits;

4.  Emergency Motion for Entry of an Order Authorizing Payment of Claims Under the Perishable Agricultural Commodities Act;

5.  Emergency Motion for Order Pursuant to Section 105(a) and 366 of the Bankruptcy Code (i) Prohibiting Utilities from Altering, Refusing or Discontinuing Service on Account of Prepetition Invoices; and (ii) Approving the Debtors' Proposed Adequate Assurance of Payment;

6.  Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to Continue Prepetition Customer Programs and to Perform and Pay Related Obligations in the Ordinary Course of Business;

7.  Debtors Emergency Motion for Entry of an Order Authorizing Debtors to Maintain and Renew Existing Insurance Programs and Pay all Premiums, Fees and Financing Obligations; and

8. Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Secured Post Petition Financing on a Super-Priority and Junior Lien Basis.

DATED: July 30, 2010.

/s/ *Richard C. Prosser*
Richard C. Prosser
Florida Bar No. 354831
Stichter, Riedel, Blain & Prosser, P.A.
110 E. Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
Email: rprosser@srbp.com