UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Chapter 11

E-BRANDS RESTAURANTS, LLC ,
et. al.  Case No. 8:10-bk-18282-KRM

    Debtors.  (Jointly Administered Under
_____/  Case No. 8:10-bk-18282-KRM)

**DEBTORS' NOTICE THAT GENERAL ELECTRIC CAPITAL
CORP. AND GENERAL ELECTRIC CAPITAL BUSINESS ASSET
FUNDING CORP. OF CONNECTICUT HAVE CONSENTED TO
THE INTERIM USE OF CASH COLLATERAL FOR A PERIOD
OF THIRTY (30) DAYS PENDING THE ENTRY OF A FINAL
ORDER AUTHORIZING THE USE OF CASH COLLATERAL**

    Debtors, E-Brands Restaurants, LLC ("**E-Brands**"), Timpano of Maryland, LLC ("**Timpano Maryland**"), Timpano Acquisition, LLC ("**Timpano Acquisition**"), Samba Room Acquisition, LLC ("**Samba Acquisition**"), Aquaknox, LLC ("**Aquaknox**"), and Star Concepts Acquisition, LLC ("**Star Acquisition**") (collectively, "**Debtors**")[1], by and through their undersigned counsel, hereby give notice that General Electric Capital Corp. and General Electric Capital Business Asset Funding Corp. of Connecticut (collectively, "**GE**") have consented to the interim use of cash collateral for a period of thirty (30) days

---

[1] E-Brands Restaurants, LLC f/k/a E-Brands Acquisition, LLC, d/b/a Canonita Express; Timpano of Maryland, LLC d/b/a Timpano Italian Chophouse & Martini Bar, d/b/a Timpano Italian Chophouse, d/b/a Timpano Chophouse; Timpano Acquisition, LLC d/b/a Timpano Italian Chophouse & Martini Bar, d/b/a Timpano Italian Chophouse, d/b/a Timpano Chophouse; Samba Room Acquisition, LLC d/b/a Timpano Italian Chophouse & Martini Bar, d/b/a Timpano Italian Chophouse, d/b/a Timpano Chophouse, f/d/b/a Samba Room, d/b/a Samba Room; Aquaknox, LLC f/k/a Aquaknox Atlanta, LLC, d/b/a Aquaknox Global Water Cuisine, d/b/a Aquaknox; and Star Concepts Acquisition, LLC d/b/a Aquaknox Global Water Cuisine, d/b/a Aquaknox, d/b/a Taqueria Canonita.

pending the entry of a final order authorizing the use of cash collateral and, state as follows:

1. The Debtors filed their Voluntary Petitions for Relief under Chapter 11 of Title 11 of the United States Code ("**Bankruptcy Code**") on July 30, 2010 ("**Petition Date**").

2. Prior to the Petition Date, the Debtors entered into negotiations with GE regarding the use of cash collateral. Those negotiations were successful and GE has consented to the Debtors' use of cash collateral for a period of thirty (30) days under the terms and conditions of an interim order pending the entry of a final order by this Court.

Dated: July 30, 2010.

*/s/ Richard C. Prosser*
Richard C. Prosser
Florida Bar No. 354831
STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
110 East Madison Street, Suite 200
Tampa, FL  33602
(813) 229-0144
(813) 229-1811 Fax
rprosser@srbp.com
Counsel for Debtors

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Notice that General Electric Capital Corp. and General Electric Capital Business Asset Funding Corp. of Connecticut Have Consented to the Interim Use of Cash Collateral for a Period of Thirty (30) Days Pending the Entry of a Final Order Authorizing the Use of Cash Collateral* has been furnished on this 30th day of July, 2010, by either the Court's CM/ECF system or U.S. MAIL, to:

>Office of the United States Trustee
>Twenty Largest Creditors for each Debtor

>*/s/ Richard C. Prosser*
>Richard C. Prosser