UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| E-BRANDS RESTAURANTS, LLC, et al., | Case No. 8:10-bk- |
| Debtors. _____/ | (Jointly Administered Under Case No. 8:10-bk-18282-KRM) |

**DEBTOR'S EMERGENCY MOTION TO
REJECT NON-RESIDENTIAL REAL PROPERTY
LEASE WITH 3280 PEACHTREE I LLC**

AQUAKNOX, LLC,[1] as debtor and debtor in possession ("**AQUAKNOX**" or "**Debtor**"), by and through its undersigned counsel, hereby files its Emergency Motion to Reject Non-Residential Real Property Lease with 3280 Peachtree I LLC ("**Motion**"). In support of this Motion, the Debtor respectfully represents as follows:

**Jurisdiction**

1. This Court has jurisdiction over this matter pursuant to 28. U.S.C. §§ 157 and 1334. This is a core matter pursuant to 28 U.S.C. § 157. Venue is proper in this Court pursuant to 28 U.S.C. § 1408.

2. The statutory predicate for the relief requested herein is section 365(a) of title 11 of the United States Code ("**Bankruptcy Code**").

**Background**

3. The Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on July 30, 2010 ("**Petition Date**").

---

[1] Aquaknox, LLC f/k/a Aquaknox Atlanta, LLC, d/b/a Aquaknox Global Water Cuisine, d/b/a Aquaknox.

4. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5. No request for the appointment of a trustee or examiner has been made in these Chapter 11 cases, and no committees have been appointed or designated.

6. On July 30, 2010, this Court entered its Order Granting Debtor's *Ex Parte* Emergency Motion for Order Directing Joint Administration of Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b) (Dkt. Nos. 4) in each of the Debtors' Chapter 11 cases. Pursuant to the Joint Administration Orders, the Debtors' Chapter 11 cases are being jointly administered for procedural purposes only under In re: E-Brands, LLC, Case No. 8:10-bk-18282-KRM.

### The Debtors' Business

7. The Debtors currently own and operate the restaurants set forth on the attached Exhibit "1" and by reference incorporated herein. The Timpano concept is an upscale restaurant offering char-grilled large cut steaks, bone-in chops and fresh pasta. The Aquaknox theme is also upscale highlighted by a water encased walk-in wine tower and a state of the art open kitchen. Aquaknox is known for its culinary excellence in global seafood which is flown in daily. Samba Room presents a menu of award-winning Latin cuisine, grilled meats and fresh seafood. Taqueria Canonita is a concept based on the authentic market place taquerias of Mexico in a casual setting offering a wide variety of tacos, quesadillas made with grilled and fire roasted meats, vegetables and seafood. Canonita Express is located in the food court of the Venetian Resort Hotel Casino. Its

menu is similar to Taqueria Canonita, but caters to walk-up clientele desiring authentic Mexican food without having to wait for a table.

### Relief Requested

8.  Prior to the Petition Date, the Debtor operated a restaurant, previously known as the Aquaknox, LLC f/k/a Aquaknox Atlanta, LLC, d/b/a Aquaknox Global Water Cuisine, d/b/a Aquaknox, Atlanta, Georgia.

9.  Under the terms of a lease dated October 10, 2006, ("**Lease**"), with 3280 Peachtree I LLC, as lessor, Aquaknox leased certain real property commonly known as Space Number 200 including loading dock storage space, Terminus 100, located at 3280 Peachtree Road, Atlanta, Georgia ("**Leased Premises**").  A true and correct copy of the Lease is attached to this Motion as Exhibit "2" and incorporated herein by reference.[2]

10. The Debtor seeks to reject the Lease pursuant to section 365(a) of the Bankruptcy Code, with such rejection to be effective for all purposes as of the Petition Date.  The restaurant has been operating at a loss.  As a result, the Debtor closed the restaurant prior to the Petition Date.  The Debtor, through the exercise of its business judgment, has determined that rejection of the Lease is in the best interests of the Debtor's estate.  The Debtor has vacated the Leased Premises prior to the Petition Date, or is in the process of completing its vacation of the Leased Premises.  The Debtor has no further need for the Leased Premises and will derive no further benefit from the Leased Premises.

---

[2] In order to reduce photocopying and mailing costs, a copy of the Lease is not being served on all parties listed in the Certificate of Service below.  Any party wishing to receive a copy of the Lease may do so upon written request to undersigned counsel for the Debtor.

## Supporting Authority

11.  Section 365(a) of the Bankruptcy Code provides that a debtor may, subject to court approval, "reject any executory contract or unexpired lease of the debtor." "This provision allows a [debtor] to relieve the bankruptcy estate of burdensome agreements which have not been completely performed." *See Stewart Title Guar. Co. v. Old Republic Nat'l Title Ins. Co.,* 83 F.3d 735, 741 (5th Cir. 1996); *see also In re Levitt and Sons, LLC,* No. 07-19845 (Bankr. S.D. Fla. Nov. 14, 2007) (order authorizing debtor to reject unexpired lease).

12.  The standard by which a court weighs a debtor's decision to reject an executory contract or unexpired lease is the "business judgment standard." *In re Gardinier, Inc.,* 831 F.2d 974, 976 n.2 (11th Cir. 1987); *In re Chira,* 367 B.R. 888, 898 (S.D. Ha. 2007); *In re Prime Motors, Inc.,* 124 B.R. 378, 381 (Bankr. S.D. Fla. 1991). The sole inquiry is whether rejecting the executory contract or unexpired lease will benefit the debtor's estate. *See, e.g., In re Sable Mews Assocs., Inc.,* 41 B.R. 594, 596 (Bankr. S.D.N.Y. 1984). As long as a debtor's decision to reject is a reasonable exercise of its business judgment, authorization to reject is appropriate. *NLRB v. Bildisco and Bildisco,* 465 U.S. 513, 523 (1984).

13.  The Debtor has reviewed the Lease and has determined that it is not a source of potential value for the Debtor's future operations, creditors or other parties-in-interest. To the contrary, because the Lease requires ongoing obligations of the Debtor and its estate, the Lease constitutes an unnecessary drain on the Debtor's resources. In

order to avoid incurring additional claims during this case, the Debtor seeks to reject the Lease.

14. The Debtor represents that rejecting the Lease is appropriate under the circumstances and reflects the Debtor's sound business judgment.

15. Pursuant to the terms of the Lease, the Lessor may be in possession of a security deposit or other funds belonging to the Debtor. The Debtor requests that, absent further order of this Court, the Lessor be prohibited from setting off or applying any such funds against any claim of the Lessor pursuant to the Lease.

### Notice

16. The Debtors have provided notice of this Motion by: (a) electronic transmission to the Office of the United States Trustee for the Middle District of Florida; (b) overnight delivery via Federal Express to 3280 Peachtree I LLC; and Cousins Properties Incorporated; and (c) United States Mail to the L.B.R. 1007-2 Parties in Interest Matrix. The Debtor submits that, given the administrative nature of the relief requested herein, no other or further notice need be given.

WHEREFORE, the Debtor respectfully requests that this Court enter its order:

A. Granting the Motion;

B. Authorizing the Debtor's rejection of the Lease effective as of the Petition Date; and

C. Providing for such other and further relief as is just.

DATED: August 5, 2010.

/s/ Richard C. Prosser
Richard C. Prosser
Florida Bar No. 354831
Stichter, Riedel, Blain & Prosser, P.A.
110 E. Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
Email: rprosser@srbp.com
Counsel for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Emergency Motion to Reject Non-Residential Real Property Lease with 3280 Peachtree I LLC* has been furnished on this 5th day of August, 2010, (i) with attached Exhibit "2", by **CM/ECF Transmission** to the United States Trustee, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, (ii) without attached Exhibit "2" (unless received by the following parties by CM/ECF Transmission), by **U.S. Mail** to L.B.R. 1007-2 List of Parties in Interest attached hereto; and (iii) without attached Exhibit "2", by overnight delivery via **Federal Express** to: 3280 Peachtree I LLC, c/o Cousins Properties Incorporated, Attn: Corporate Secretary, 2500 Windy Ridge Parkway, Suite 1600, Atlanta, Georgia 30339-5683; Cousins Properties Incorporated, Attn: Associate General Counsel – Retail, 2500 Windy Ridge Parkway, Suite 1600, Atlanta, Georgia 30339-5683, David F. Cooper, Esquire, Kitchens Kelley Gaynes P.C., 3495 Piedmont Road NE, Eleven Piedmont Center, Suite 900, Atlanta, GA 30305; 3280 Peachtree I LLC, c/o Robert M. Jackson, Registered Agent, 191 Peachtree St. N.E., Suite 3600, Atlanta, GA 30303-1740; General Electric Capital Corp. and General Electric Capital Business Asset Funding Corp. of Connecticut, c/o Susan G. Boswell, Esquire, Quarles & Brady, LLP, One South Church Ave., Ste 1700, Tucson, AZ 85701.

/s/ Richard C. Prosser

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:10-bk-18282-KRM<br>Middle District of Florida<br>Tampa<br>Thu Aug  5 17:16:03 EDT 2010 | A N D Service LLC<br>8412 Vivid Violet Avenue<br>Las Vegas, NV 89143-5119 | A-One-A Produce and Provisions<br>2300 NW 19th Street<br>Pompano Beach, FL 33069-5227 |
| A.M. Briggs Inc.<br>2130 Queens Chapel Road, N.E.<br>Washington, DC 20018-3608 | ADT Security Services<br>PO Box 371967<br>Pittsburgh, PA 15250-7967 | AIR-ALB<br>4806 NE 21st Avenue<br>Fort Lauderdale, FL 33308-4711 |
| AMB<br>5720 NW 54th Lane<br>Tamarac, FL 33319-2513 | Adams-Burch<br>P.O. Box 632346<br>Baltimore, MD 21263-2346 | Alsco Inc<br>507 North Willow Ave.<br>Tampa, FL 33606-1337 |
| Alsco Inc.<br>1213 S. Division Ave.<br>Orlando, FL 32805-4717 | American Hood & Filter Service, Inc.<br>850 S. Boulder Hwy., #333<br>Henderson, NV 89015-7564 | Antoine Cleaning Service<br>PO Box 682995<br>Orlando, FL 32868-2995 |
| Aramark Uniform Services<br>2817 North 35th St<br>Tampa, FL 33605-3123 | Audio Visual Advisors Inc.<br>6275 McLeod Dr., #5<br>Las Vegas, NV 89120-4400 | Bar Harbor Lobster Co., Inc.<br>2000 Premier Row<br>Orlando, FL 32809-6208 |
| Bouchon Bakery<br>3355 Las Vegas Blvd<br>Las Vegas, NV 89109-8941 | Brownie's Water Solution<br>10445 General Dr.<br>Orlando, FL 32824-8533 | Buckhead Beef - Florida<br>P.O. Box 40<br>Ocoee, FL 34761-0040 |
| CEMCO International Corp<br>3016 NE 12 Terrace<br>Ft. Lauderdale, FL 33334-4403 | CGM Services Inc<br>1015 E MLK Blvd<br>Tampa, FL 33603-4311 | Carlson Restaurants Worldwide<br>701 Carlson Parkway<br>Minnetonka, MN 55305-5240 |
| Caviar Royale Inc<br>3711 Industrial Rd Ste 3<br>Las Vegas, NV 89109-3416 | Chef's Warehouse<br>P.O. Box 30943<br>New York, NY 10087-0943 | Chefs Warehouse Inc<br>PO Box 601154<br>Pasadena, CA 91189-1154 |
| Cintas Corporation<br>PO Box 1385<br>Culpeper, VA 22701-6385 | City of Atlanta, Georgia<br>City Hall South<br>55 Trinity Ave. SW.<br>Atlanta, GA 30303-3520 | Commercial Appliance Service<br>8416 Laurel Fair Circle<br>#114<br>Tampa, FL 33610-7360 |
| Commercial Bakery Kitchen Repairs<br>809 Major Ave.<br>Ste. A<br>Henderson, NV 89015-6730 | Commercial Bakery Kitchen Repairs<br>809 N. Major Ave.<br>Ste. A<br>Henderson, NV 89015-6730 | Comptroller of Public Accounts<br>P.O. Box 149359<br>Austin, TX 78714-9359 |

Creative Bureau
2109 NW Irving St.
Unit 110
Portland, OR 97210-5236

David Pearl
312 Hazeltine Drive
DeBary, FL 32713-4560

Demenjon Cleaning Service
PO Box 22793
Tampa, FL 33622-2793

Dempsey Uniform & Linen Supply Inc.
1200 Mid Valley Drive
Jessup, PA 18434-1823

Desert Meats & Provisions
5420 S. Valley View Blvd
Las Vegas, NV 89118-2413

E-Brands Restaurants, LLC
7680 Universal Blvd.
Suite 195
Orlando, FL 32819-8954

Ecolab
PO Box 905327
Charlotte, NC 28290-5327

Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674-0001

Edward Don & Company
2562 Paysphere Cirlce
Chicago, IL 60674-0001

Facility Pro Tech, Inc.
4065 LB McLeod Rd.
Orlando, FL 32811-5663

Fishbowl Inc.
Dept AT 952733
Atlanta, GA 31192-2733

Five Star Coffee & Espresso, Inc.
P.O. Box 647
1703 Sevem Road
Hanover, MD 21076-0647

FreshPoint Red's Market
8801 Exchange Drive
Orlando, FL 32809-7675

Fulton County Tax Commissioner
141 Pryor St. SW
Atlanta, GA 30303-3446

GGP Limited Partnership, DIP, as Agent
c/o Kristen N. Pate
110 N. Wacker Drive
Chicago, IL 60606-1511

Garmer Services Inc.
8204 Reveille Ct.
Walkersville, MD 21793-8623

Gary's Seafood Specialties, Inc.
721 West Amelia Street
Orlando, FL 32805-1401

General Electric Capital Business Asset Fund
c/o Philip V. Martino
Quarles & Brady LLP
101 East Kennedy Boulevard, Suite 3400
Tampa, Florida 33602-5195

General Electric Capital Corporation
c/o Philip V. Martino
Quarles & Brady LLP
101 East Kennedy Boulevard, Suite 3400
Tampa, Florida 33602-5195

General Wholesale Company
1595 Marietta Blvd. N.W.
Atlanta, GA 30318-3642

Georgia Crown Distributing Co.
100 Georgia Crown Drive
McDonough, GA 30253-9071

Green-Wise, Inc.
1911 SW 58th Ave
Plantation, FL 33317-5924

Guardian Fire Protection Service, Inc.
7668 Standish Place
Rockville, MD 20855-2701

Harris Seafood Co., LLC
524 Mid Florida Drive Suite 203
Orlando, FL 32824-7057

Hawaiian Breezes, Inc.
10301 Winter Park Ln
Spotsylvania, VA 22553-4490

Hearn Kirkwood
Gilbert Foods, Inc.
PO Box 723
Columbia, MD 21045-0723

Henry's Maintenance & Repair Service
1500 Country Hollow Drive
Las Vegas, NV 89117-6609

Hospitality Careers Online Inc
C/O Comerica Bank
PO Box 673682
Detroit, MI 48267-0001

I-Tech
420 South Orange Ave.
Suite 120
Orlando, FL 32801-3313

Impact Properties II, LLC
c/o Michael P. Brundage, Esq.
Hill, Ward & Henderson, P.A.
P. O. Box 2231
Tampa, Florida 33601-2231

| | | |
|---|---|---|
| Industrial Steam Cleaning<br>PO Box 1130<br>Rockville, MD 20849-1130 | Johnson Brothers Liquor Co.<br>PO Box 13489<br>Tampa, FL 33681-3489 | Johnson Brothers of Nevada<br>4701 Mitchell Street<br>N. Las Vegas, NV 89081-2728 |
| Keany Produce Company<br>3310 75th Ave.<br>Landover, MD 20785-1501 | Kevin Enderle<br>c/o Brown, Garganese, et al.<br>111 N. Orange Ave., #2000<br>Orlando, FL 32801-2327 | Krystal Klean of Nevada<br>3296 Meade Ave.<br>Las Vegas, NV 89102-7897 |
| L.A. Specialty<br>P.O. Box 2293<br>Santa Fe Spring, CA 90670-0293 | Larry Kline Wholesale Meats & Provisions<br>P.O. Box 4696<br>Deerfield Beach, FL 33442-4696 | Linens of the Week<br>P.O. Box 890712<br>Charlotte, NC 28289-0712 |
| Magnolia Plumbing, Inc.<br>600 Gallatin Street, NE<br>Washington, DC 20017-2359 | MarketShare Gourmet Products<br>4933 W. Nassau Street<br>Tampa, FL 33607-3813 | Meadow Gold Dairies<br>Department 9373<br>Los Angeles, CA 90084-0001 |
| Menu Designs<br>4600 U.S. Highway 1 North<br>St. Augustine, FL 32095-5701 | Mission Industries<br>1 West Mayflower Avenue<br>N. Las Vegas, NV 89030-3951 | Mission Industries<br>2300 North Commerce Street<br>North Las Vegas, NV 89030-4124 |
| Morris Visitor Publications LLC<br>PO Box 1584<br>Augusta, GA 30903-1584 | Morris Visitor Publications, LLC<br>PO Box 933574<br>Atlanta, GA 31193-3574 | National Distributing Co., Inc.<br>441 SW 12th Ave.<br>Deerfield Beach, FL 33442-3178 |
| National Distributing Co., Inc.<br>4901 Savarese Circle N.<br>Tampa, FL 33634-2413 | Nevada Department of Taxation<br>PO Box 52609<br>Phoenix, AZ 85072-2609 | Ocean Fresh Seafood<br>3332 Hadleigh Crest<br>Orlando, FL 32817-2051 |
| Orlando Convention Aid<br>PO Box 691495<br>Orlando, FL 32869-1495 | Orlando/Orange County CVB<br>6700 Forum Drive, #100<br>Orlando, FL 32821-8086 | P.T. Fish, Inc.<br>7794 NW 44th Street<br>Sunrise, FL 33351-6204 |
| PWG Publishing, LLC<br>55 Skyline Drive<br>Suite 2700<br>Lake Mary, FL 32746-6234 | Pacific Seafood<br>PO Box 842757<br>Boston, MA 02284-2757 | PelicanAire Commercial Service Inc.<br>12815 Automobile Blvd.<br>Clearwater, FL 33762-4722 |
| Popco NY, Inc<br>1 Craft Avenue<br>Inwood, NY 11096-1609 | Praml International, Ltd.<br>PO Box 98079<br>Las Vegas, NV 89193-8079 | Premier Beverage Company<br>8221 Eagle Palm Drive<br>Riverview, FL 33578-8893 |

| | | |
|---|---|---|
| Premier Beverage Company<br>P.O. Box 22637<br>Tampa, FL 33622-2637 | Premier Beverage Company<br>PO Box 820410<br>South Florida, FL 33082-0410 | Premier Meat Company<br>5030 Gifford Ave.<br>Vernon, CA 90058-2726 |
| Pro-Tech Electrical Services<br>9101 W. Sahara Ave.<br>Suite #105-184<br>Las Vegas, NV 89117-5772 | Professional Restaurant Services<br>PO Box 336809<br>Las Vegas, NV 89033-6809 | Profish<br>1900 Fenwick Street NE<br>Washington, DC 20002-1712 |
| RSVP Party Rentals<br>4445 S. Valley View<br>Suite 7<br>Las Vegas, NV 89103-4025 | Rappahannock River Oysters, LLC<br>P.O. Box 88<br>Topping, VA 23169-0088 | Richie's Econo-Air<br>11 S. Carol Street<br>Laurel, MD 20724-2530 |
| Safety First Filter Service, Inc.<br>6722 Industrial Drive #B<br>Beltsville, MD 20705-1237 | Santa Monica Seafood Co. Inc.<br>18531 Broadwick Street<br>Rancho Dominguez, CA 90220-6440 | Sapori Veri, Inc.<br>1350 E Flamingo Rd #439<br>Las Vegas, NV 89119-5263 |
| Sea Breeze Wines<br>P.O. Box 20899<br>Bradenton, FL 34204-0899 | Seattle Fish Co.<br>P.O. Box 17414<br>Denver, CO 80217-0414 | Shamrock Foods Company<br>Dept. 219<br>Denver, CO 80291-0219 |
| Shangri-La Tea of Southern Nevada<br>3775 W. Teco Ave.<br>Suite 6<br>Las Vegas, NV 89118-6827 | Sign A Rama<br>4380 L.B. McLeod<br>Orlando, FL 32811-5619 | Sign Shepherd<br>10102 Thornwood Rd.<br>Kensington, MD 20895-4111 |
| Software & Information Industry Assoc.<br>c/o William M. Stevens, Esq.<br>131 S. Dearborn St., 30th Floor<br>Chicago, IL 60603-5517 | Southern Wine & Spirits<br>P.O. Box 90249<br>Lakeland, FL 33804-0249 | Southern Wine & Spirits<br>PO Box 76639<br>Tampa, FL 33675-1639 |
| State of Nevada<br>Department of Taxation<br>1550 College Parkway, #115<br>Carson City, NV 89706-7939 | Supreme Lobster<br>6065 South Polaris Avenue<br>Las Vegas, NV 89118-3100 | Swiss Chalet Fine Foods, Inc.<br>9455 NW 40th St. Road<br>Doral, FL 33178-2941 |
| Sysco Food Services<br>P.O. Box 93537<br>Las Vegas, NV 89193-3537 | Sysco Food Services<br>PO Box 1099<br>Jessup, MD 20794-1099 | Sysco Food Services<br>PO Box 40<br>Ocoee, FL 34761-0040 |
| Thomas G. Cullen<br>304 SW 10th Street<br>Fort Lauderdale, FL 33315-1214 | Tortillas Incorporated<br>2912 Commerce St<br>N Las Vegas, NV 89030-3945 | Travelhost Ft Lauderdale<br>831 NE 20th Avenue<br>Ft Lauderdale, FL 33304-3035 |

| | | |
|---|---|---|
| Tundra Refrigeration Service Co<br>1905 W Hamilton Place<br>Englewood, CO 80110-2018 | Union Beverage<br>135 S LaSalle Street<br>Dept 3166<br>Chicago, IL 60674-0001 | United Distributors<br>5500 United Drive<br>Smyrna, GA 30082-4755 |
| United Parcel Service<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 | United States Trustee - TPA<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Vegas Plumbing Service, Inc.<br>1964 Sycamore Trail<br>Suite 1<br>Las Vegas, NV 89108-1961 |
| Visit Denver<br>PO Box 17731<br>Denver, CO 80217-0731 | Weyand Food Distributors<br>PO Box 310259<br>Tampa, FL 33680-0259 | YESCO<br>PO BOX 11676<br>Tacoma, WA 98411-6676 |
| Yancey's<br>5820 Piper Drive<br>Loveland, CO 80538-8803 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Desert Meats & Provisions<br>5420 S. Valley View Blvd.<br>Las Vegas, NV 89118-2413 | (d)National Distributing Co., Inc.<br>4901 Savarese Circle N.<br>Tampa, FL 33634-2413 | (d)Southern Wine & Spirits<br>PO Box 90249<br>Lakeland, FL 33804-0249 |

End of Label Matrix
Mailable recipients   129
Bypassed recipients     3
Total                 132