UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| E-BRANDS RESTAURANTS, LLC, | Case No. 8:10-bk-18282-KRM |
| AQUAKNOX, LLC, | Case No. 8:10-bk-18278-KRM |
| TIMPANO ACQUISITON, LLC, | Case No. 8:10-bk-18286-KRM |
| SAMBA ROOM ACQUISITION, LLC, | Case No. 8:10-bk-18290-KRM |
| STAR CONCEPTS ACQUISITION, LLC, | Case No. 8:10-bk-18292-KRM |
| DBEB, LLC, | Case No. 8:10-bk-18295-KRM |
| TIMPANO OF MARYLAND, LLC, | Case No. 8:10-bk-18297-KRM |
| | (Jointly Administered) |

Debtors.
_____/

**UNITED STATES TRUSTEE'S APPLICATION
FOR ORDER APPROVING APPOINTMENT OF EXAMINER**

The United States Trustee, by and through his undersigned counsel and pursuant to 11 U.S.C. Section 1104 and F.R.B.P. 2007.1, hereby respectfully requests that this Court enter an Order approving the appointment of John D. Emanuel, Esq., as examiner, and in support of the Application says:

1. The Debtors filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code on July 30, 2010. Also on July 30, 2010, an Order granting Motion for Joint Administration was entered.

2. On February 18, 2011, and Order Appointing Examiner was entered, directing the United States Trustee to appoint an examiner to perform the duties authorized in the Order, pursuant to 11 U.S.C. Section 1104.

3. The United States Trustee seeks to appoint John D. Emanuel, Esq., to serve as examiner.

4.  The United States Trustee has selected said Applicant after consultation with the Debtor's counsel, Richard Prosser, Esq., with counsel for the Official Committee of Unsecured Creditors, Frank Terzo, Esq., with counsel for General Electric Capitol Corporation, Philip Martino, Esq., with counsel for TGI Fridays's and Carlson Restaurants, Mark Wolfson, Esq, with counsel for Melix Corpporation, Roy Kobert, Esq., with counsel for Impact Properties, LLC, Micheal Brundage, Esq., and with counsel for the Equity Holders, Peter Hill, Esq., as required by 11 U.S.C. 1104(d).

5.  To the best of United States Trustee's knowledge John D. Emanuel, Esq., represents no interest adverse to the estate and has no connections to Debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the office of the United States Trustee.  Mr. Emanuel's Affidavit is filed simultaneously herewith.

6. Based on the above information the United States Trustee feels it would be in the best interest of the estate to appoint John D. Emanuel, Esq., as examiner.

WHEREFORE, for the foregoing reasons, the United States Trustee respectfully requests this Court to approve his appointment of John D. Emanuel, Esq., as examiner, in the above styled case, and grant such other and further relief as the Court may deem appropriate.

    Respectfully submitted,

    DONALD F. WALTON
    United States Trustee, Region 21

    By:/s/ Theresa M. Boatner
       Theresa M. Boatner
       Trial Attorney
       501 East Polk St., Suite 1200
       Tampa, FL   33602
       (813) 228-2000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the UNITED STATES TRUSTEE'S APPLICATION FOR ORDER APPROVING APPOINTMENT OF EXAMINER has been furnished electronically or by United States Mail this 21st day of February, 2011, to the following:

John D. Emanuel, Esq.
501 East Kennedy Blvd.
Suite 1700
Tampa, FL 33602

Richard C. Prosser Esq.
110 E. Madison St.
Tampa, FL 33602

Frank Terzo, Esq.
GrayRobinson, P.A.
1221 Brickell Avenue
Suite 1650
Miami, FL 33131

/s/ Theresa M. Boatner
Trial Attorney