UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

E-BRANDS RESTAURANTS, LLC, et al.,     Case No. 8:10-bk-18282-KRM
    (Jointly Administered Under
    Debtors.     Case No. 8:10-bk-18282-KRM)
_____/

## NOTICE OF FILING

Rashid Choufani, Saba Shalhoub, Charly Robinson, Steve Baker, Flagtaff Investors, Ltd., Ronald Eugene Grubb Revocable Trust, Scott Hoch, Ray Coudriet, Tony Arias, and David Wishinsky, , by and through their undersigned counsel, hereby give notice of filing Abandonments and Notices of Assignment of membership interests by Raymond T. Coudriet, Scott M. Hoch, Steve R. Baker, Flagstaff Investors, Ltd., Ronald Eugene Grubb Revocable Trust, Saba Shalhoub, David Wishinsky, Charles E. Robinson, Rashid Choufani, and Antonio Arias.

.

    /s/ Peter N. Hill
    Peter N. Hill
    Wolff, Hill, McFarlin & Herron, P.A.
    1851 W. Colonial Drive
    Orlando, FL 32804
    Telephone (407) 648-0058
    Facsimile (407) 648-0681
    phill@whmh.com

    Attorneys for Rashid Choufani,
    Saba Shalhoub, Charly Robinson,
    Steve Baker, Flagtaff Investors, Ltd.,
    Ronald Eugene Grubb Revocable Trust,
    Scott Hoch, Ray Coudriet,
    Tony Arias, David Wishinsky

# ABANDONMENT AND
# NOTICE OF ASSIGNMENT

THIS ABANDONMENT AND ASSIGNMENT ("**Abandonment and Assignment**") is hereby made and given on this 22 day of February, 2011 by [ RAY COUDRIET ] ("**Member**") to E-Brands Restaurants, LLC, a Florida limited liability company ("**E-Brands**" or the "**Company**").

WHEREAS, E-Brands is a Florida limited liability company which currently owns and operates restaurants in Florida, Colorado, Nevada and Maryland;

WHEREAS, Member is a member of E-Brands;

WHEREAS, E-Brands is the Debtor and Debtor in Possession in that certain Chapter 11 reorganization case pending in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, case number 8:10-bk-18282-KRM;

WHEREAS, Member is a party to that certain [Operating Agreement dated 9/18/2002 between E-Brands and its Members (the "**Operating Agreement**")]; and

WHEREAS, the Member has decided to abandon, absolutely and irrevocably, any and all interests that the Member has in E-Brands including, but not limited to, any rights to profits, losses and distributions therefrom and any rights to participate in the management or otherwise of the Company, and any and all rights under the Operating Agreement, which represents the Member's entire interest in E-Brands (the "**Interest**").

1. The Member does hereby absolutely and irrevocably abandon the Interest and assigns, transfers, quit claims and sets over the Interest to E-Brands effective immediately.

2. The Member shall deliver a copy of this Abandonment and Assignment to E-Brands, to the other Members and to all other interested parties. Notwithstanding the foregoing, this Abandonment and Assignment shall be effective upon execution of this Abandonment and Assignment.

"MEMBER"

_____
Raymond T Coudriet

1

00582513v1

# ABANDONMENT AND
# NOTICE OF ASSIGNMENT

THIS ABANDONMENT AND ASSIGNMENT ("**Abandonment and Assignment**") is hereby made and given on this 2̲3̲ day of February, 2011 by [ _Scott M. Hoc/t_ ] ("**Member**") to E-Brands Restaurants, LLC, a Florida limited liability company ("**E-Brands**" or the "**Company**").

WHEREAS, E-Brands is a Florida limited liability company which currently owns and operates restaurants in Florida, Colorado, Nevada and Maryland;

WHEREAS, Member is a member of E-Brands;

WHEREAS, E-Brands is the Debtor and Debtor in Possession in that certain Chapter 11 reorganization case pending in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, case number 8:10-bk-18282-KRM;

WHEREAS, Member is a party to that certain [Operating Agreement dated _9/18/2002_ between E-Brands and its Members (the "**Operating Agreement**")]; and

WHEREAS, the Member has decided to abandon, absolutely and irrevocably, any and all interests that the Member has in E-Brands including, but not limited to, any rights to profits, losses and distributions therefrom and any rights to participate in the management or otherwise of the Company, and any and all rights under the Operating Agreement, which represents the Member's entire interest in E-Brands (the "**Interest**").

1. The Member does hereby absolutely and irrevocably abandon the Interest and assigns, transfers, quit claims and sets over the Interest to E-Brands effective immediately.

2. The Member shall deliver a copy of this Abandonment and Assignment to E-Brands, to the other Members and to all other interested parties. Notwithstanding the foregoing, this Abandonment and Assignment shall be effective upon execution of this Abandonment and Assignment.

"**MEMBER**"



1

00582513v1

# ABANDONMENT AND
# NOTICE OF ASSIGNMENT

THIS ABANDONMENT AND ASSIGNMENT ("**Abandonment and Assignment**") is hereby made and given on this 22 day of February, 2011 by [Steve Baker] ("**Member**") to E-Brands Restaurants, LLC, a Florida limited liability company ("**E-Brands**" or the "**Company**").

WHEREAS, E-Brands is a Florida limited liability company which currently owns and operates restaurants in Florida, Colorado, Nevada and Maryland;

WHEREAS, Member is a member of E-Brands;

WHEREAS, E-Brands is the Debtor and Debtor in Possession in that certain Chapter 11 reorganization case pending in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, case number 8:10-bk-18282-KRM;

WHEREAS, Member is a party to that certain [Operating Agreement dated 9/18/2006 between E-Brands and its Members (the "**Operating Agreement**")]; and

WHEREAS, the Member has decided to abandon, absolutely and irrevocably, any and all interests that the Member has in E-Brands including, but not limited to, any rights to profits, losses and distributions therefrom and any rights to participate in the management or otherwise of the Company, and any and all rights under the Operating Agreement, which represents the Member's entire interest in E-Brands (the "**Interest**").

1. The Member does hereby absolutely and irrevocably abandon the Interest and assigns, transfers, quit claims and sets over the Interest to E-Brands effective immediately.

2. The Member shall deliver a copy of this Abandonment and Assignment to E-Brands, to the other Members and to all other interested parties. Notwithstanding the foregoing, this Abandonment and Assignment shall be effective upon execution of this Abandonment and Assignment.

"MEMBER"

_____
Steve R Baker
2/22/11

1

ABANDONMENT AND
NOTICE OF ASSIGNMENT

THIS ABANDONMENT AND ASSIGNMENT ("Abandonment and Assignment") is hereby made and given on this 22 day of February, 2011 by Flagstaff Investors LTD ("Member") to E-Brands Restaurants, LLC, a Florida limited liability company ("E-Brands" or the "Company").

WHEREAS, E-Brands is a Florida limited liability company which currently owns and operates restaurants in Florida, Colorado, Nevada and Maryland;

WHEREAS, Member is a member of E-Brands;

WHEREAS, E-Brands is the Debtor and Debtor in Possession in that certain Chapter 11 reorganization case pending in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, case number 8:10-bk-18282-KRM;

WHEREAS, Member is a party to that certain [Operating Agreement dated 9/18/2002 between E-Brands and its Members (the "Operating Agreement")]; and

WHEREAS, the Member has decided to abandon, absolutely and irrevocably, any and all interests that the Member has in E-Brands including, but not limited to, any rights to profits, losses and distributions therefrom and any rights to participate in the management or otherwise of the Company, and any and all rights under the Operating Agreement, which represents the Member's entire interest in E-Brands (the "Interest").

1. The Member does hereby absolutely and irrevocably abandon the Interest and assigns, transfers, quit claims and sets over the Interest to E-Brands effective immediately.

2. The Member shall deliver a copy of this Abandonment and Assignment to E-Brands, to the other Members and to all other interested parties. Notwithstanding the foregoing, this Abandonment and Assignment shall be effective upon execution of this Abandonment and Assignment.

"MEMBER"

Flagstaff Investors LTD – Jose Rafael
Barcelo- as of representative of Flagstaff
Investors LTD – managing member

1

00582513v1

## ABANDONMENT AND
## NOTICE OF ASSIGNMENT

THIS ABANDONMENT AND ASSIGNMENT ("**Abandonment and Assignment**") is hereby made and given on this 22ᵘᵈ day of February, 2011 by [RONALD E. GRUBB TRUSTEE] ("**Member**") to E-Brands Restaurants, LLC, a Florida limited liability company ("**E-Brands**" or the "**Company**").

WHEREAS, E-Brands is a Florida limited liability company which currently owns and operates restaurants in Florida, Colorado, Nevada and Maryland;

WHEREAS, Member is a member of E-Brands;

WHEREAS, E-Brands is the Debtor and Debtor in Possession in that certain Chapter 11 reorganization case pending in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, case number 8:10-bk-18282-KRM;

WHEREAS, Member is a party to that certain [Operating Agreement dated 9/18/2002 between E-Brands and its Members (the "**Operating Agreement**")]; and

WHEREAS, the Member has decided to abandon, absolutely and irrevocably, any and all interests that the Member has in E-Brands including, but not limited to, any rights to profits, losses and distributions therefrom and any rights to participate in the management or otherwise of the Company, and any and all rights under the Operating Agreement, which represents the Member's entire interest in E-Brands (the "**Interest**").

1. The Member does hereby absolutely and irrevocably abandon the Interest and assigns, transfers, quit claims and sets over the Interest to E-Brands effective immediately.

2. The Member shall deliver a copy of this Abandonment and Assignment to E-Brands, to the other Members and to all other interested parties. Notwithstanding the foregoing, this Abandonment and Assignment shall be effective upon execution of this Abandonment and Assignment.

"MEMBER"

RONALD EUGENE GRUBB REVOCABLE TRUST

_____
RONALD E. GRUBB, TRUSTEE

1

00582513v1

# ABANDONMENT AND
# NOTICE OF ASSIGNMENT

THIS ABANDONMENT AND ASSIGNMENT ("**Abandonment and Assignment**") is hereby made and given on this 22 day of February, 2011 by [ SAGA SHALHOUB ] ("**Member**") to E-Brands Restaurants, LLC, a Florida limited liability company ("**E-Brands**" or the "**Company**").

WHEREAS, E-Brands is a Florida limited liability company which currently owns and operates restaurants in Florida, Colorado, Nevada and Maryland;

WHEREAS, Member is a member of E-Brands;

WHEREAS, E-Brands is the Debtor and Debtor in Possession in that certain Chapter 11 reorganization case pending in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, case number 8:10-bk-18282-KRM;

WHEREAS, Member is a party to that certain [Operating Agreement dated 9/18/2002 between E-Brands and its Members (the "**Operating Agreement**")]; and

WHEREAS, the Member has decided to abandon, absolutely and irrevocably, any and all interests that the Member has in E-Brands including, but not limited to, any rights to profits, losses and distributions therefrom and any rights to participate in the management or otherwise of the Company, and any and all rights under the Operating Agreement, which represents the Member's entire interest in E-Brands (the "**Interest**").

1. The Member does hereby absolutely and irrevocably abandon the Interest and assigns, transfers, quit claims and sets over the Interest to E-Brands effective immediately.

2. The Member shall deliver a copy of this Abandonment and Assignment to E-Brands, to the other Members and to all other interested parties. Notwithstanding the foregoing, this Abandonment and Assignment shall be effective upon execution of this Abandonment and Assignment.

"**MEMBER**"

_____
SAGA SHALHOUB

1

00582513v1

# ABANDONMENT AND
# NOTICE OF ASSIGNMENT

THIS ABANDONMENT AND ASSIGNMENT ("**Abandonment and Assignment**") is hereby made and given on this 23 day of February, 2011 by [David Wishinsky] ("**Member**") to E-Brands Restaurants, LLC, a Florida limited liability company ("**E-Brands**" or the "**Company**").

WHEREAS, E-Brands is a Florida limited liability company which currently owns and operates restaurants in Florida, Colorado, Nevada and Maryland;

WHEREAS, Member is a member of E-Brands;

WHEREAS, E-Brands is the Debtor and Debtor in Possession in that certain Chapter 11 reorganization case pending in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, case number 8:10-bk-18282-KRM;

WHEREAS, Member is a party to that certain [Operating Agreement dated 9/18/2002 between E-Brands and its Members (the "**Operating Agreement**")]; and David Wishinsky

WHEREAS, the Member has decided to abandon, absolutely and irrevocably, any and all interests that the Member has in E-Brands including, but not limited to, any rights to profits, losses and distributions therefrom and any rights to participate in the management or otherwise of the Company, and any and all rights under the Operating Agreement, which represents the Member's entire interest in E-Brands (the "**Interest**").

1. The Member does hereby absolutely and irrevocably abandon the Interest and assigns, transfers, quit claims and sets over the Interest to E-Brands effective immediately.

2. The Member shall deliver a copy of this Abandonment and Assignment to E-Brands, to the other Members and to all other interested parties. Notwithstanding the foregoing, this Abandonment and Assignment shall be effective upon execution of this Abandonment and Assignment.

"MEMBER"

1

# ABANDONMENT AND
# NOTICE OF ASSIGNMENT

THIS ABANDONMENT AND ASSIGNMENT ("**Abandonment and Assignment**") is hereby made and given on this _22_ day of February, 2011 by [_Charles E Robinson_] ("**Member**") to E-Brands Restaurants, LLC, a Florida limited liability company ("**E-Brands**" or the "**Company**").

WHEREAS, E-Brands is a Florida limited liability company which currently owns and operates restaurants in Florida, Colorado, Nevada and Maryland;

WHEREAS, Member is a member of E-Brands;

WHEREAS, E-Brands is the Debtor and Debtor in Possession in that certain Chapter 11 reorganization case pending in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, case number 8:10-bk-18282-KRM;

WHEREAS, Member is a party to that certain [Operating Agreement dated _9/18/2002_ between E-Brands and its Members (the "**Operating Agreement**")]; and

WHEREAS, the Member has decided to abandon, absolutely and irrevocably, any and all interests that the Member has in E-Brands including, but not limited to, any rights to profits, losses and distributions therefrom and any rights to participate in the management or otherwise of the Company, and any and all rights under the Operating Agreement, which represents the Member's entire interest in E-Brands (the "**Interest**").

1. The Member does hereby absolutely and irrevocably abandon the Interest and assigns, transfers, quit claims and sets over the Interest to E-Brands effective immediately.

2. The Member shall deliver a copy of this Abandonment and Assignment to E-Brands, to the other Members and to all other interested parties. Notwithstanding the foregoing, this Abandonment and Assignment shall be effective upon execution of this Abandonment and Assignment.

"MEMBER"

_/s/ Charles E Robinson_

1

# ABANDONMENT AND
# NOTICE OF ASSIGNMENT

THIS ABANDONMENT AND ASSIGNMENT ("**Abandonment and Assignment**") is hereby made and given on this 22 day of February, 2011 by [ RAshiD ChouFANi ] ("**Member**") to E-Brands Restaurants, LLC, a Florida limited liability company ("**E-Brands**" or the "**Company**").

WHEREAS, E-Brands is a Florida limited liability company which currently owns and operates restaurants in Florida, Colorado, Nevada and Maryland;

WHEREAS, Member is a member of E-Brands;

WHEREAS, E-Brands is the Debtor and Debtor in Possession in that certain Chapter 11 reorganization case pending in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, case number 8:10-bk-18282-KRM;

WHEREAS, Member is a party to that certain [Operating Agreement dated 9/18/2002 between E-Brands and its Members (the "**Operating Agreement**")]; and

WHEREAS, the Member has decided to abandon, absolutely and irrevocably, any and all interests that the Member has in E-Brands including, but not limited to, any rights to profits, losses and distributions therefrom and any rights to participate in the management or otherwise of the Company, and any and all rights under the Operating Agreement, which represents the Member's entire interest in E-Brands (the "**Interest**").

1. The Member does hereby absolutely and irrevocably abandon the Interest and assigns, transfers, quit claims and sets over the Interest to E-Brands effective immediately.

2. The Member shall deliver a copy of this Abandonment and Assignment to E-Brands, to the other Members and to all other interested parties. Notwithstanding the foregoing, this Abandonment and Assignment shall be effective upon execution of this Abandonment and Assignment.

"**MEMBER**"

_RASHID CHOOFANi_
_[signature]_

1

# ABANDONMENT AND
# NOTICE OF ASSIGNMENT

THIS ABANDONMENT AND ASSIGNMENT ("**Abandonment and Assignment**") is hereby made and given on this 24 day of February, 2011 by [ ANTONIO ARIAS ] ("**Member**") to E-Brands Restaurants, LLC, a Florida limited liability company ("**E-Brands**" or the "**Company**").

WHEREAS, E-Brands is a Florida limited liability company which currently owns and operates restaurants in Florida, Colorado, Nevada and Maryland;

WHEREAS, Member is a member of E-Brands;

WHEREAS, E-Brands is the Debtor and Debtor in Possession in that certain Chapter 11 reorganization case pending in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, case number 8:10-bk-18282-KRM;

WHEREAS, Member is a party to that certain [Operating Agreement dated 9/18/2002 between E-Brands and its Members (the "**Operating Agreement**")]; and

WHEREAS, the Member has decided to abandon, absolutely and irrevocably, any and all interests that the Member has in E-Brands including, but not limited to, any rights to profits, losses and distributions therefrom and any rights to participate in the management or otherwise of the Company, and any and all rights under the Operating Agreement, which represents the Member's entire interest in E-Brands (the "**Interest**").

1. The Member does hereby absolutely and irrevocably abandon the Interest and assigns, transfers, quit claims and sets over the Interest to E-Brands effective immediately.

2. The Member shall deliver a copy of this Abandonment and Assignment to E-Brands, to the other Members and to all other interested parties. Notwithstanding the foregoing, this Abandonment and Assignment shall be effective upon execution of this Abandonment and Assignment.

"MEMBER"

_____
ANTONIO ARIAS

1