IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  CHAPTER 11

E-BRANDS RESTAURANTS, LLC, et al., Case No. 8:10-BK-18282-KRM
(Jointly Administered Under
Debtors. Case No. 8:10-bk-18282-KRM)
_____/

**ORDER CONFIRMING DEBTORS' AMENDED PLAN
AND GRANTING EMERGENCY MOTION OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO DESIGNATE JOHN D. EMMANUEL AS DEBTOR DESIGNEE
UNDER THE PLAN FOR ALL PURPOSES**

THIS CAUSE came on for hearing on February 25, 2011 at 10:30 a.m. to consider confirmation of the Debtors' First Amended Plan (Doc. No. 313) and the Motion of the Official Committee of Unsecured Creditors to Expand the Authority of Examiner, and request for related relief (Docket No. 415) (the "**Motion**"), which was accompanied by a certificate of necessity for emergency hearing (Docket No. 416). The record reflects the following. First, this Court entered its order appointing examiner (Docket No. 377) on February 18, 2011, for the purposes of monitoring the sale process of the equity interest in E-Brands and related matters. On February 22, 2011, this Court entered its order approving application to appoint John D. Emmanuel ("**Mr. Emmanuel**") as examiner (Docket No. 390). The Office of the United States Trustee also entered its notice of appointment and approval of John D. Emmanuel as a Chapter 11 examiner on February 22, 2011 (Docket No. 392). All of the above-captioned cases are set for confirmation today, February 25, 2011. On February 24, 2011, each of the

members of the parent debtor, E-Brands Restaurants, LLC, filed a document entitled "Abandonment and Notice of Assignment." On their face, the documents purport to waive any and all right to participate in the management of the company. Section 1142(b) of the Code allows the Court to direct any person to consummate a plan confirmed by the Court. Based on the foregoing, as well as the record in open Court including proffers, exhibits, and the rulings of the Court, it is hereby

ORDERED as follows:

1. The Plan is confirmed. The Court will enter a further order on confirmation which will contain detailed findings and conclusions and which will relate back to this Order.

2. The Committee's Motion, as amended in open Court, is hereby granted.

3. Pursuant to Section 1142(b) of the Code, Mr. Emmanuel shall have the sole and exclusive authority and power over the Debtors to implement the confirmed Plan. The Court will also enter a further order on the Committee's Motion.

4. Mr. Emmanuel, the Debtors, and their counsel are hereby authorized and directed to take all steps necessary to implement the Plan, the Closing and this order immediately. This order shall be effective immediately and shall not be subject to any stay. If advisable, the Debtors and their counsel are authorized and directed to file or record a copy of this Order wherever necessary, including but not limited to with the Secretary of State in Florida or otherwise as may be needed to memorialize the actual and inherent authority of the Debtors in Mr. Emmanuel, effective immediately. The Court

retains jurisdiction to modify this Order to implement its intended effect or as may otherwise be necessary.

DONE AND ORDERED in Tampa, Florida on February 25, 2011.

K. Rodney May
United States Bankruptcy Judge

Copies to:
All interested parties