**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                    CASE NO.:    8:10-bk-18282-KRM

**E-BRANDS RESTAURANTS, LLC,** *et al.,*        (Jointly Administered under Chapter 11)

        **Debtors.**

_____/

**JOINDER TO AND REQUEST TO REVOKE THE PROPOSED SALE OF**
**THE ORLANDO SAMBA ROOM BY NOBLE CORPORATION IN MOTION**
**TO RECONSIDER ORDER GRANTING SAMBA ROOM ACQUISITION, LLC'S**
**MOTION FOR ENTRY OF AN ORDER APPROVING ASSUMPTION AND**
**ASSIGNEMENT OF LEASE AND SALE OF THE BUILDING, FURNITURE,**
**FIXTURES AND EQUIPMENT AND CERTAIN INVENTORY OF THE**
**ORLANDO SAMBA ROOM TO KJ ENTERTAINMENT GROUP, LLC**

Noble Corporation ("**Noble**"), successful bidder for the equity interests in the Debtor during the Court-approved auction sale which took place on February 23, 2011, hereby files its request to revoke the proposed sale and joins in the *Motion to Reconsider Order Granting Samba Room Acquisition, LLC's Motion for Entry of an Order Approving Assumption and Assignment of Lease and Sale of the Building, Furniture, Fixtures and Equipment and Certain Inventory of the Orlando Samba Room to KJ Entertainment Group, LLC* (D.E. #371) ("**Motion for Reconsideration**") filed on February 18, 2011 by General Electric Capital Business Asset Funding Corporation of Connecticut.  Noble also incorporates herein by reference in its entirety the *Motion for Reconsideration* and adds that the proposed sale transaction should be set aside.

                    **BROAD AND CASSEL**
                    Attorneys for Noble Corporation
                    390 North Orange Avenue, Suite 1400
                    Orlando, Florida  32801
                    Telephone:    (407) 839-4200
                    Facsimile:    (407) 650-0927


                    By:_____*/s/ Roy S. Kobert*_____
                          Roy S. Kobert, P.A.
                          Florida Bar No. 0777153
                          rkobert@broadandcassel.com

4818-8154-3432.1
44042/0002

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic means and/or Federal Express on March 3, 2011 to: CM/ECF Users; Mike Tessitore, Counsel to KJ Entertainment, 612 East Colonial Drive, Suite 150, Orlando, Florida 32803, and mtessitore@tess-law.com.

By: _____/s/ Roy S. Kobert_____
Roy S. Kobert, P.A.
Florida Bar No. 0777153
rkobert@broadandcassel.com

4818-8154-3432.1
44042/0002